12-2-07

Dear Judge

My dad is very hard working and takes pride in what he has especially his lawn. He is always watering it and making sure there is no trash on the lawn. My dad is really hard working and still has time to spend with my mom and us his kids. My dad gets on my case if I do something wrong or get in trouble in school. The only reason he gets on my case is because he loves and cares for me and dosen't want me to grow up to be a nobody, he wants me to be a young successful person. My dad also likes to work on cars and teaches me about them so when I get older ill do what he was doing.

Sincerly
Markeal Carter

P.S.
I know that my dad is to busy to be a threat to the community. He works to much.

Dear Reader,

My dad is very important in my life. He is always there when I need him. My dad is so awesome he will stop what he is doing & wake up in the middle of the night to take me to & from work. Now how many dads do that. My dad could have told me "NO!" I can't work, but he didn't. My dad spoils me. :) He doesn't get me whatever i want but i do get away with more things then my brothers. When my dad isn't working he usually helps around the house. He cooks us food alot because my mom works. Its not the best but it will do. My dad can easyly tell us to starve but he doesn't cuz he cares. My dad goes to watch my softball games too support me. I am "daddys little girl." I wouldnt be claiming that if my dad was a bad person. I like being dadys lil girl [you get alil more attention]. :)

I can't imagine my dad not being around anymore. Who will help cook dinner?, or take me & pick me up from work & ask how my day was. Who will be handyman around the huse? nobody! My dad means the world to me & without him it will be like finding a needle in a haystack, nearly impossible. My daddy is a great man & i would do nothing to change him.   — Sholante.



**Los Angeles Harbor College**

1111 FIGUEROA PLACE • WILMINGTON, CA 90744-2397 • (310) 233-4260 • Fax (310) 233-4124

December 2, 2007

To Whom It May Concern:

I'm writing this letter in support of Mr. Jake Carter moral character and his family. I have known the family for three and a half years in a professional capacity as I am Ms. Rodnette Berger's immediate supervisor at Los Angeles Harbor College.

I have a unique understanding of the challenges faced by this family; both by my professional training as a counselor and my line of work as an administrator overseeing a state-funded program for underprivileged/under-represented groups; (low-income, foster-youth, single-parents and victims of violence, etc).

I would like to share with you that this is a family that has overcome great adversity during their nineteen-year relationship, but has managed to remain a couple, raise three well adjusted children and purchase two homes by having a very strong work ethic. Ms. Berger is an exemplary employee whom is rarely absent from work and is currently working two full-time jobs and Mr. Carter was doing the same, while they both operated their towing business. They did this while coordinating their children's school pick-up runs and sporting events; they are two of the most children-centered parents that I have met. She has sacrificed her educational goals as she's only a few classes away from completing the requirements of a bachelor's degree; she has broken the first-generation cycle and is a role model to her children. To this goal-oriented couple their children are their number one priority.

Mr. Carter has personally struggled with the loss of one of his twin sons as a result of a drive by shooting; an unimaginable tragedy to any parent. Ms. Berger has nine brothers and sisters that are fathered by different men, is a former foster-youth and filed charges against a step-brother due to sexual abuse against her own daughter. The tragedy and trauma this family has shared is heartbreaking, but they support each other and are stronger today as a result. Theirs is a success story for she is not a single parent raising three children on public assistance nor is she one of the many homeless emancipated foster youth walking the streets of our nation. He is not one of many men fathering children and skirting his responsibilities by not providing for them.

In closing, the Mr. Carter I have come to know often volunteers for my program; is a contributing member of our community, a supportive partner and loving father. I hope that you will take my personal knowledge of this family's history into consideration and come to a decision that will be least disruptive to the family unit and grant Mr. Carter the opportunity to receive all the support that he is entitled to in order to return to his family and our community as soon as possible.

Please feel free to contact me at, (310) 233-4127 if I can be of additional assistance.

Sincerely,

Mercedes "Mercy" Yanez
Associate Dean, Extended Opportunities Programs and Services, (EOPS)
(310) 233-4127 Direct Line