# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

( ___ Amended _____ )

| | | |
|---|---|---|
| Case No. CR 07-1141-VBF | | Date  December 29, 2008 |

Present: The Honorable **Valerie Baker Fairbank, United States District Judge**

| Kendra Bradshaw | Katie Thibodeaux | John Lulejian / Shawn Nelson |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| Defendant | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|
| Joseph Carter | John Littrell | | X | | None |

**PROCEEDINGS:**      **SENTENCING AND JUDGMENT**

____  Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.      **X**  Refer to separate Judgment Order.

____  Imprisonment for ___years/months___ on each of counts _____
Count(s) _____ concurrent/consecutive to count(s) _____
Fine of $ _____ is imposed on each of count(s) concurrent/consecutive.

____  Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____

____  Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____

____  ___years/months Supervised Release/Probation imposed on count(s) _____ consecutive/concurrent to count(s) _____ under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

  ____  Perform _____ hours of community service.
  ____  Serve _____ in a CCC/CTC.
  ____  Pay  $ _____ fine amounts & times determined by P/O.
  ____  Make $ _____ restitution in amounts & times determined by P/O.
  ____  Participate in a program for treatment of narcotic/alcohol addiction.
  ____  Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of BICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
  ____  Other conditions: _____

____  Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.

____  Pay  $ _____ per count, special assessment to the United States for a total of  $ _____

____  Imprisonment for ___months/years___ and for a study pursuant to 18 USC _____ with results to be furnished to the Court within ___days/months___ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____

____  Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
____  Defendant informed of right to appeal.
____  ORDER sentencing transcript for Sentencing Commission.      ____  Processed statement of reasons.
____  Bond exonerated _____ upon surrender      ____  upon service of _____
____  Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
____  Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
____  Issued Remand/Release      # _____
**X**  Filed and distributed judgment. ENTERED.
**X**  Other  As stated on the record, the defendant sustains objections to the Presentence Report.

                                                                                                                      1   :   14
                                                                             Initials of Deputy Clerk   kb

cc: