```
GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
JOHN J. LULEJIAN (Cal. State Bar No. 186783)
SHAWN J. NELSON (Cal. State Bar No. 185149)
Assistant United States Attorneys
Violent and Organized Crime Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-8603/5339
     Facsimile: (213) 894-3713
     E-mail:   John.Lulejian@usdoj.gov
               Shawn.Nelson@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA
```

                    UNITED STATES DISTRICT COURT

               FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES L. TWYMAN, et al., <br><br> Defendant. | No. CR 07-1049-VBF |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH BERNARD RILEY, <br><br> Defendant. | No. CR 07-1075-VBF |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH BERNARD RILEY, et al., <br><br> Defendants. | No. CR 07-1141-VBF <br><br> <u>INFORMATION RE: PRIOR CONVICTION FOR FELONY DRUG OFFENSE FOR DEFENDANT KENNETH BERNARD RILEY</u> <br><br> [21 U.S.C. § 851: Proceeding to Establish Prior Conviction] |

JJL:VOC

The United States Attorney charges:

Defendant KENNETH BERNARD RILEY ("RILEY"), prior to committing the offenses alleged in the Indictments in United States v. Charles Leroy Twyman, et al., Case No. CR 07-1049-VBF, United States v. Kenneth Bernard Riley, Case No. CR 07-1075-VBF, and United States v. Kenneth Bernard Riley, et al., Case No. CR 07-1141-VBF, had been finally convicted of a felony drug offense as that term is defined and used in Title 21, United States Code, Sections 802(44), 841, and 851, namely, on or about October 31, 1997, in the Superior Court of the State of California, County of Riverside, Case No. RIF72054, defendant RILEY was convicted of Possession/Purchase for Sale of Narcotic/Controlled Substance, in violation of Section 11351 of the California Health and Safety Code.

GEORGE S. CARDONA
Acting United States Attorney

*/s/ Christine C. Ewell*

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division


ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Violent & Organized Crime Section


DANIEL A. SAUNDERS
Assistant United States Attorney
Deputy Chief,
Violent & Organized Crime Section


JOHN J. LULEJIAN
SHAWN J. NELSON
Assistant United States Attorneys
Violent & Organized Crime Section